Maureen Gaughan
PO Box 6729
Chandler, AZ 85246-6729
(480) 899-2036

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| Delgado Jr, Ramon | ) | CASE NO. 09-01280-PHX-SSC |
| Delgado, Regina D. | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |
| Debtor(s). | ) | |

Maureen Gaughan, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 1006 | 12/18/09 | ALLTEL COMMUNICATION<br>1 ALLIED DR. B5F03<br>LITTLE ROCK AR 72202 | $25.42 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $25.42 to the Clerk of Court to be deposited in the Registry thereof.

July 2, 2010
DATE

_/s/ Maureen Gaughan_____
Maureen Gaughan, Trustee